## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EMMIT GILES,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **No. 11-3773** |
| | : | |
| **CITY OF PHILADELPHIA,** | : | |
| **Defendant.** | : | |

## ORDER

**AND NOW,** this 29th day of February, 2012, upon consideration of Defendant's "Motion to Dismiss" (Doc. No. 3), Plaintiff's response in opposition, and for reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendant's motion is **GRANTED**, such that:

– Plaintiff's complaint is **DISMISSED**;

– The Clerk of Court is directed to mark this case **CLOSED**.

**BY THE COURT:**

**/s/ Mitchell S. Goldberg**

_____
**MITCHELL S. GOLDBERG, J.**